UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>v.<br><br>ERIC HAERTLE,<br><br>                          Defendant. | Case No. 17-CR-38-JPS<br><br><br><br><br>**ORDER** |

      On February 27, 2017, the government filed a one-count information against Defendant, charging him with introducing a misbranded drug into interstate commerce, in violation of 21 U.S.C. §§ 331(a), 333(a)(2), and 352(a), and 18 U.S.C. § 2. (Docket #1). That same day, the parties filed a plea agreement indicating that Defendant agreed to plead guilty to the information. (Docket #2 at 2–3).

      The parties appeared before Magistrate Judge Nancy Joseph on March 14, 2017, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #9). Defendant entered a plea of guilty as to the information. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Joseph determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #8 at 1).

      Thereafter, on March 15, 2017, Magistrate Joseph filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed

accordingly. *Id.* Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C. § 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. (Docket #8 at 1–2).

To date, no party has filed such an objection.

The Court has considered Magistrate Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's Report and Recommendation (Docket #8) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 4th day of April, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge